# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-2477

———————————————

Brian Robert Pace,

   Appellant,

v.

Florida Department of
Business and Professional
Regulation,

   Appellee.

———————————————

On appeal from the Florida Department of Business and Professional Regulation, Florida Real Estate Commission. Giuvanna Corona, Executive Director.

November 7, 2023

Per Curiam.

   Affirmed.

Osterhaus, C.J., and Lewis and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

James C. Poindexter, Alexandra Elizabeth Underkofler, and T. A. "Tad" Delegal III of Delegal and Poindexter, P.A., Jacksonville, for Appellant.

Jake Whealdon, General Counsel, and Brooke Elizabeth Adams, Chief Appellate Counsel, of the Florida Department of Business and Professional Regulation, Tallahassee, for Appellee.